costs. Plaintiffs' proper remedy is by motion at Special Term. Present —
Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W.
FLANAGAN, Appellant.— Motion denied on condition that appellant perfect
the appeal, place the cause on the December·calendar and be ready for
argument when reached; otherwise, motion granted. Present —Jenks, P. J.,
Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL IMBRIALE,
Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of
New York, Respondent.— Motions denied, without costs. Present —
Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND
RAILROAD COMPANY, Respondent, v. STATE BOARD OF TAX COMMISSIONERS,
Appellant. THE CITY OF NEW YORK, Intervenor, Appellant. (1912
Proceeding.) — Motion for leave to appeal to the Court of Appeals granted.
Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LONG ISLAND
RAILROAD COMPANY, Respondent, v. STATE BOARD OF TAX COMMISSIONERS,
Appellant. THE CITY OF NEW YORK, Intervenor, Appellant. (1917
Proceeding.) — Motion for leave to appeal to the Court of Appeals granted.
Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. T. LANGLAND THOMPSON,
Relator, v. THE ELECTRIC WELDING COMPANY OF AMERICA and Others,
Defendants.— Motion granted. Present — Jenks, P. J., Mills, Putnam,
Blackmar and Kelly, JJ.

ESTHER SAXE, Respondent, v. SARAH PEKARSKY, Defendant, and MAX
PEKARSKY, Appellant.— Motion to dismiss appeal granted, with ten dollars
costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

WILLIAM E. SILESTEN, Respondent, v. REGINA CANDIES, INC., Defendant.
ORIENT MERCHANDISE COMPANY, LTD., Appellant.— Motion for leave to
appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills,
Rich, Putnam and Blackmar, JJ.

TOWN OF NORTH HEMPSTEAD, Appellant, v. PUBLIC SERVICE CORPORATION
OF LONG ISLAND, Respondent.— Motion for leave to appeal to the Court
of Appeals granted. Present — Jenks, P. J., Mills, Rich, Putnam and
Blackmar, JJ.

TOWN OF NORTH HEMPSTEAD, Appellant, v. PUBLIC SERVICE CORPORATION
OF LONG ISLAND, Respondent.— Motion to resettle order granted. Present —
Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Settle proposed
order on notice.

ISIDORE BERNSTEIN, Doing Business under the Name and Style of
BERNSTEIN KNITTING MILLS, Respondent, v. NATIONAL SURETY COMPANY
OF NEW YORK, Appellant.— Order affirmed, without costs. The order
was entirely proper in the interest of justice, and was a proper exercise of
discretion by the learned judge at Special Term, who also presided at the
trial. The plaintiff does not attempt to plead a new cause of action, and
the short limitation on the time of beginning action on the policy bars a